CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 255
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
SANTIAGO ROJAS-RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 09-252 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| SANTIAGO ROJAS-RAMOS, | DATE:   September 14, 2009<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. William B. Shubb |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant SANTIAGO ROJAS-RAMOS, that the status conference scheduled for September 14, 2009, at 8:30 a.m., be vacated and the matter continued to this Court's criminal calendar on October 5, 2009, at 8:30 a.m. for further status conference.

  This continuance is requested by the defense counsel in order to confer with Mr. Rojas-Ramos, and to investigate matters brought to counsel's attention by Mr. Rojas-Ramos.

  IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the

continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:  September 11, 2009        /S/   Clemente M. Jiménez  
                                  CLEMENTE M. JIMÉNEZ  
                                  Attorney for Defendant  
                                  Santiago Rojas-Ramos

                                  /S/   Michael Anderson  
                                  MICHAEL ANDERSON  
                                  Attorney for Plaintiff

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 14, at 8:30 a.m., be vacated and the matter continued to October 5, 2009, at 8:30 a.m. for further status conference.

This 14th day of September, 2009

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE